UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. **'08 CR 1119 JAH** |
| Plaintiff, | ) | I N D I C T M E N T |
| v. | ) | Ancillary to 05CR0171-JAH |
| MARIA MARQUEZ-LOPEZ, | ) | Title 18, U.S.C., Sec. 3146 - Bail Jumping (Felony) |
| Defendant. | ) | |

The grand jury charges:

On or about February 15, 2007, within the Southern District of California, defendant MARIA MARQUEZ-LOPEZ did knowingly fail to self-surrender to the United States Marshal Service as directed by the United States District Court in San Diego, California, after having been released on or about April 11, 2005, pursuant to the Bail Reform Act of 1984 (Title 18, United States Code, Sections 3141-3150) in connection with the felony charge of importation of marijuana, in violation of Title 21, United States Code, Sections 952 and 960 to distribute, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 18, United States Code, Section 3146.

DATED: April 9, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
BRUCE C. SMITH
Assistant U.S. Attorney

BCS:nlv(1):San Diego
4/7/08